HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Strike 3 Holdings, LLC,<br><br>                Plaintiff(s),<br><br>    v.<br><br><br>John Doe,<br><br>                Defendant(s). | CASE NO.  CV17-1730 RAJ<br>                        CV17-1732 RAJ<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This action is reassigned to the Honorable Thomas S. Zilly because it is related to Case No. CV17-1729 TSZ.  This reassignment is ordered pursuant to this District's policy to transfer cases presenting common questions of fact or law to the judge to whom the earliest-filed case was assigned.  *See* General Order No. 06-12 at ¶ 10 (W.D. Wash. Dec. 19, 2012).  All pleadings filed in the future shall bear case numbers CV17-1730 and CV17-1732 TSZ.

Dated this 25th day of January, 2018.

WILLIAM M. McCOOL
Clerk

s/TOMAS HERNANDEZ
Deputy Clerk

MINUTE ORDER – 1