UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>                      Plaintiff,<br><br>                  v.<br><br>JOHN DOE subscriber assigned IP address 71.231.142.237,<br>                      Defendant. | 2:17-cv-01730<br><br>NOTICE OF APPEARANCE OF BENJAMIN JUSTUS |

TO:     CLERK OF COURT

Please take notice that Benjamin Justus hereby appears as attorney of record for Defendant John Doe in the above captioned action.  This appearance is made without waiving any objections or defenses, including but not limited to improper service, lack of jurisdiction, or statute of limitations.

Please serve all further pleadings and papers, exclusive of original service of process, on Benjamin Justus as follows:

Benjamin Justus
Lybeck Pedreira & Justus, PLLC
Fifth Floor Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040

NOTICE OF APPEARANCE - 1

No. 2:17-cv-01730

1  206-230-4255
   ben@lpjustus.com
2
3                                    Dated: March 23, 2018

4                                    LYBECK PEDREIRA & JUSTUS, PLLC

5                                    By: */s/ Benjamin Justus*
                                     Benjamin Justus (#38855)
6                                    Attorneys for Defendant John Doe
                                     Chase Bank Building
7                                    7900 SE 28th St., Fifth Floor
                                     Mercer Island, WA 98040
8                                    206.230.4255 /ph  206.230.7791 /fax
9                                    ben@lpjustus.com / email Justus

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2

No. 2:17-cv-01730